UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERTO RAMON SANCHEZ-BAUTISTA, <br><br> Petitioner, <br><br> v. <br><br> LOWELL CLARK, et al., <br><br> Respondents. | CASE NO. 14-1324JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Respondents' motion to dismiss (Dkt. # 15) is GRANTED. The Magistrate Judge's Report and Recommendation (Dkt. # 13) is DISMISSED as moot.

Filed and entered this 5th day of January, 2015.

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER - 2